UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TYLER SCOTT** <br>     **Plaintiff(s),** <br><br> **v.** <br><br> **CLACKAMAS COUNTY, et al.** <br>     **Defendant(s).** | Case No.: 3:25−cv−00706−SI <br><br> **ORDER TERMINATING PRO BONO APPOINTMENT** |

    Upon notice to the Court that the appointed attorney/law firm has completed the specific purpose appointment,

    IT IS HEREBY ORDERED that the Court terminates the appointment of Juan C. Chavez as *Pro Bono* counsel for Tyler Scott .

    Tyler Scott is to proceed *pro se* without appointed counsel.

    The Clerk is directed to serve a copy of this order upon Tyler Scott .

**DATED** this 15th day of July, 2025          /s/Michael H. Simon

                                                               Honorable Michael H. Simon <br>
                                                               United States District Judge.