FILED 22 SEP '25 11:14 USDC-ORP

Sent on Wed 09/17/25.

To Whom it may concern,

My name is Tyler James Scott and I am currently incarcerated at Eastern Oregon Correctional Institution located in Pendleton, OR. I was recently incarcerated at the Multnomah County Jail. My new address for all future correspondence is as follows:

> Tyler Scott
> Sid # 15675676
>    EOCI
>    2500 Westgate Ave
>    Pendleton, OR 97801

My case # is 3:25-cv-00706-SI. Thank you for your assistance.

Sincerely, Tyler J. Scott
15675676

**Oregon Department of Corrections - AIC Mail**
Institution  EOCI           SID 15675676
Name  Tyler Scott
Address  2500 Westgate Ave
City  Pendleton.         State OR  Zip 97801

PORTLAND OR RPDC 972

19 SEP 2025  PM 1  L



United States District Court
Office of The Clerk
District of Oregon
740 United States Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

97204-293790